# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LEMARR JENNINGS,

       Petitioner,   :   Case No. 3:16-cv-369

- vs -   District Judge Thomas M. Rose
   Magistrate Judge Michael R. Merz

NEIL TURNER, WARDEN,
 North Central Correctional Complex,

   :

       Respondent.

## RECOMMITTAL ORDER

This habeas corpus case is before the Court on Petitioner's Objections (ECF No. 11) to the Magistrate Judge's Supplemental Report and Recommendations (ECF No. 10).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

October 4, 2016.       THOMAS M. ROSE

                             _____
                                 Thomas M. Rose
                             United States District Judge